**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                             CASE NO: 8:15-cr-147-T-36EAJ

**JOHN NAZARIO**

_____

**FINAL REVOCATION HEARING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 9), entered December 29, 2015, to which there has been no objection and the 14 day objection period has expired, the Report of Preliminary Supervised Release of the defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for January 28, 2016 at 10:00 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 26th day of January 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services