UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                      CASE NO: 8:15-cr-147-T-36JSS

**JOHN NAZARIO**

_____

## ORDER

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 23), entered May 31, 2017, to which there has been no objection and the 14 day objection period has expired, a final hearing on violation of supervised release will be held before the undersigned.

**A Final Hearing on Violation of Supervised Release was scheduled for June 21, 2017 at 11:30 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 20th day of June 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services